SLIP OPINION          Cite as 2016 Ark. App. 261


# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR–15–866

| | |
|---|---|
| HENRY WILLIAMS<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | **Opinion Delivered** May 11, 2016<br><br>APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, SEVENTH DIVISION<br>[NO. 60CR–14–961]<br><br>HONORABLE BARRY SIMS, JUDGE<br><br>SUPPLEMENTAL ADDENDUM ORDERED |

## CLIFF HOOFMAN, Judge

Henry Williams appeals after he was convicted by a Pulaski County Circuit Court jury of battery in the first degree and sentenced to serve a total of 780 months' imprisonment in the Arkansas Department of Correction after applying the applicable enhancements. On appeal, appellant contends (1) that the trial court abused its discretion when it allowed prior bad-act evidence that was prejudicial and not independently relevant and (2) that the trial court abused its discretion when it denied appellant's motion for a mistrial. However, we are unable to address the merits of his arguments at this time because of the deficiencies in his addendum.

Arkansas Supreme Court Rule 4–2(a)(8) (2015) requires that an appellant's brief include an addendum consisting of all documents essential to the appellate court's resolution of the issues on appeal. In a case involving a jury trial, Rule 4–2(a)(8) further specifies that the jury-verdict forms must be included in the addendum. *Id.* Because appellant has not

SLIP OPINION

included the jury-verdict forms in his addendum, we order him to correct this deficiency by filing a supplemental addendum within seven calendar days from the date of this opinion. *See* Ark. Sup. Ct. R. 4–2(b)(4); *Hill v. State*, 2015 Ark. App. 401. We further encourage appellate counsel to review our rules to determine if any additional documents must be included in the addendum.

Supplemental addendum ordered.

ABRAMSON and WHITEAKER, JJ., agree.

*Willard Proctor, Jr., P.A.*, by: *Willard Proctor, Jr.*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Evelyn D. Gomez*, Ass't Att'y Gen., for appellee.